RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:                                                               CASE NO: BKS-18-14061-MKN
ROBYN L BROOKS

                                                                     CHAPTER 13
                                                                     Hearing Date: 10/4/2018
                                                                     Hearing Time: 1:30 PM

MARTIN LAW P.C.
Attorney for the Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

Chapter 13 Bankruptcy Trustee, RICK A YARNALL, TRUSTEE, hereby obejcts to confirmation of the Chapter 13 Plan. The Debtor filed for Chapter 13 relief on 7/11/2018. The 341(a) Meeting of Creditors held on 8/28/2018 at 10:00 a.m. was continued. The Trustee objects to confirmation of the plan for the following reason:

- Debtor failed to commence making timely payments under § 1326.

In order to complete his investigation into the Debtor's financial affairs, Trustee requires the following documentation:

- Verification of all sources of income received each month through confirmation of the plan;

- Bank Statements: WF #8019 / #7343: June 28th thru July 11th;    WF #0764: July 11th

- Other: Provide documentation as to source of large deposits and use of funds:

WF #8019: 1/5 $164; 1/16 $1560 + $440; 1/25 $1031.48;  2/7 $420; 2/12 $240; 3/19 $260; 3/23 $200; 3/29 $380; 3/30 $503.72; 4/6 $540; 5/14 $960; 5/15 $1058.96;

WF #0764: 6/8 $673; 7/2 $248;

Trustee asks that this Court allow him to supplement this opposition after all required documents have been provided to the Trustee.

Trustee requests that the following amendments are made:

- The Statement of Financial Affairs #27: include self-employment;

These objections increase the Debtor's disposable income. Debtor's plan does not provide for all of Debtor's disposable income, therefore Trustee requests that confirmation of the plan be denied.

Trustee further opposes confirmation for the following reasons:

- Plan requires the Debtor to value property. Trustee asks that this Court withhold from confirming the instant plan until an order valuing the property has been entered;

- Plan is not feasible;

- Plan does not provide for all secured and priority claims filed;

Trustee reserves the right to make further objections to confirmation and requests for documentation until the above mentioned documents have been received, amendments have been made, and the plan is ultimately confirmed or dismissed. In the event that the Debtor(s) fail to timely resolve Trustee's objection to confirmation, Trustee requests that confirmation be denied.

Therefore, the Trustee objects to confirmation for the foregoing reasons and recommends that confirmation be denied.

DATED this 30th day of August, 2018.

/s/ Rick A. Yarnall

RICK A. YARNALL

Chapter 13 Bankruptcy Trustee

701 Bridger Ave, Suite 820

Las Vegas, Nevada   89101

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 28th day of August, 2018, I provided a copy of the Trustee's Opposition to Confirmation of Plan Combined With a Certificate of Service to each of the following by:

[ x ] a.    **ECF System:**
JON L. MARTIN    jonm@halfpricelawyers.com, rebecca@halfpricelawyers.com; bk@halfpricelawyers.com; r49080@notify.bestcase.com

[ x ] b.    **United States mail, postage fully prepaid:**

ROBYN L BROOKS
2524 BOTTLE PALM COURT
LAS VEGAS, NV  89106

<u>/s/ Cindy Coons</u>
Cindy Coons, an Employee of
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee